

**Entered on Docket
October 02, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

Donald P. Norris
Nevada Bar #7464
Law Offices of Macey & Aleman
1701 West Charleston Blvd., Suite 320
Las Vegas, Nevada 89102
Tel: (702) 671-4112
Fax: (702) 671-4113
Attorney for Debtor(s)
**Louis Goodman and Gina Lee Goodman**

UNITED STATES BANKRTUPCY COURT
DISTRICT OF NEVADA

In re                                                   ) Case No.: 09-16969-MKN
                                                        )
Louis Goodman                                           ) Chapter: 13
Gina Lee Goodman                                        )
                                                        ) Hearing Date: September 17, 2009
        Debtor(s)                                       ) Hearing Time: 3:30 pm
                                                        )
                                                        )
                                                        )
                                                        )

**ORDER AVOIDING LIEN OF SECOND TRUST DEED**

This matter having come on regularly for hearing on Debtor's Motion to Value Collateral, and "Strip Off" Second Trust Deed as against Debtor's residential real property; and good cause appearing therefore,

/ / /

/ / /

/ / /

[Summary of pleading] - 1

**IT IS HEREBY ORDERED** that the Second Deed of Trust security interest of HSBC Mortgage Services in the real property commonly known as 1408 Big Valley Lane, North Las Vegas, Nevada 89086, legally described as:

Centennial Bruce South 40-Unit 1, Plat Book 114, Page 19, Lot 300, Sec 26, TWP 19, Rng 61 as shown by a map thereof in the office of the County Recorder of Clark County, Nevada APN 124-26-610-022 is hereby avoided under U.S.C. Sec. 506(d) and set aside and the claim of such creditor(s) in these bankruptcy proceedings shall be treated as unsecured.

**IT IS HEREBY ORDERED** that the certain Deed of Trust above described shall, conditioned upon Debtor's completing the above-referenced bankruptcy proceeding and obtaining a Chapter 13 discharge, be removed and expunged from the county recorders and shall thereafter no longer constitute a lien or encumbrance upon the aforesaid real property.

**IT IS FURTHER ORDERED** that this Order shall not be recorded with the Office of County Recorder until such time as the Debtors have received their Chapter 13 Discharge in this matter.

**IT IS FURTHER ORDERED** that in the event the aforesaid property should be sold at a foreclosure trustee sale, the lawful beneficiary of the aforesaid Deeds of Trust shall be entitled to receive any surplus proceeds in accordance with state law.

Dated on this 19th day of September, 2009

Submitted by

/s/ Donald P. Norris
Donald P. Norris
1701 W. Charleston Blvd., Suite 320
Las Vegas, Nevada 89102

[Summary of pleading] - 2

Approve/Disapprove as to form and content

-----------------------------------
Rick A. Yarnall
Chapter 13 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement of approval under LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented partied who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicted below:

Trustee

###

[Summary of pleading] - 3